JEROME MESSINGER, *as Executor, etc., Respondent, v.* I. NEWTON MESSINGER and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

CHARLES R. WESTBROOK, *Appellant, v.* WILLIAM GLEASON, *Respondent,* Impleaded, etc. — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

WALTER JENNERY, *Respondent, v.* AARON B. OLMSTEAD and WILLIAM H. CLEMENT, *Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; BOCKES, J., taking no part.

ELMINA COFFIN, *Administratrix, etc., Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.* — Order affirmed, with costs. Opinion by BOCKES, J.; LEARNED, P. J., taking no part.

HENRY G. BURLEIGH and BRACKETT W. BURLEIGH, *Respondents, v.* THE ADRIATIC FIRE INSURANCE COMPANY, *Appellant.*

SAME, *Respondents, v.* THE GEBHARD FIRE INSURANCE COMPANY, *Appellant.* — Judgment reversed, new trials granted, costs to abide event. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

DWIGHT H. FURMAN, *Respondent, v.* CHARLES J. JOHNSON, *Appellant.*

SAME *v.* SAME. — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

EDWARD NEWCOMB, *as Receiver, etc., Appellant, v.* MATTHEW HALE, *Respondent,* Impleaded with others. — Judgment affirmed, with costs, on opinion of OSBORN, J.; LEARNED, P. J., taking no part.

MICHAEL FEENEY, *Respondent, v.* GARRETT R. PIER and others, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

MARGARET CAROVAN, *Appellant, v.* FREEMAN J. WALLACE, *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

GEORGE YOUNG, *Appellant, v.* HORACE K. THURBER and others, *Respondents.* — Judgment reversed; new trial granted; referee discharged; costs to abide event. Opinion by BOCKES, J.